IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiffs,

    vs.

LUCAS D. BASHORE,

              Defendant.

**8:11CR421**


**ORDER**


Defendant Lucas D. Bashore appeared before the court on Monday, June 19, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [88]. The defendant was represented by Federal Public Defender David R. Stickman, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.


**IT IS ORDERED:**

1.    A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 10, 2017 at 11:00 a.m. Defendant must be present in person.

2.    The defendant is released on current conditions of supervision.


Dated this 19th day of June, 2017.


              BY THE COURT:

              s/ F.A. Gossett, III
              United States Magistrate Judge